# IN UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RF MICRO DEVICES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-CV-00967 |
| | ) | |
| JIMMY S. XIANG, XIAOHANG DU, | ) | |
| FENG WANG and VANCHIP | ) | |
| TECHNOLOGIES LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF DAVID W. SAR

Attorney David W. Sar hereby gives notice of appearance in this matter on behalf of Defendants Jimmy S. Xiang, Xiaohang Du, Feng Wang and Vanchip Technologies Ltd.

Respectfully submitted this the 29th day of August, 2012.

/s/ David W. Sar
David W. Sar
N.C. State Bar #23533
dsar@brookspierce.com
Brooks, Pierce, McLendon Humphrey
  & Leonard, L.L.P.
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone: 336-373-8850
Facsimile: 336-378-1001

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date, I served the foregoing **NOTICE OF APPEARANCE OF DAVID W. SAR** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

> John F. Morrow, Jr.
> jmorrow@wcsr.com
>
> Brent Powell
> brpowell@wcsr.com
>
> *Attorneys for Plaintiff*

and via U.S. Mail, postage prepaid, addressed as follows:

> Paul B. Keller
> Laura R. Hall
> Michael Westfal
> Allen & Overy LLP
> 1221 Avenue of the Americas
> New York, NY 10020
>
> Benjamin Bai
> Allen & Overy LLP
> 15F, Tower II, Shanghai IFC
> 8 Century Avenue
> Pudong, Shanghai 200120
> China
>
> *Attorneys for Plaintiff*

This the 29th day of August, 2012.

/s/ David W. Sar
David W. Sar