# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RF MICRO DEVICES, INC. )<br>)<br>    **Plaintiff,** )<br>)   **CIVIL NO. 1:12-CV-00967**<br>**v.** )<br>)<br>**JIMMY S. XIANG, XIAOHANG DU,** )<br>**FENG WANG and VANCHIP** )<br>**TECHNOLOGIES LTD.,** )<br>)<br>    **Defendants.** ) | |

## NOTICE OF APPEARANCE OF JOSEPH A. PONZI

Attorney Joseph A. Ponzi hereby gives notice of appearance in this matter on behalf of Defendants Jimmy S. Xiang, Xiaohang Du, Feng Wang and Vanchip Technologies Ltd.

Respectfully submitted this the 29th day of August, 2012.

                          /s/ Joseph A. Ponzi
                          Joseph A. Ponzi
                          NCSB # 36999
                          jponzi@brookspierce.com
                          Brooks, Pierce, McLendon Humphrey
                             & Leonard, L.L.P.
                          P.O. Box 26000
                          Greensboro, NC 27420
                          (336) 373-8850

                          *Attorney for Defendants*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date, I served the foregoing **NOTICE OF APPEARANCE OF JOSEPH A. PONZI** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

>John F. Morrow, Jr.
>jmorrow@wcsr.com
>
>Brent Powell
>brpowell@wcsr.com
>
>*Attorneys for Plaintiff*

and via U.S. Mail, postage prepaid and addressed as follows:

>Paul B. Keller
>Laura R. Hall
>Michael Westfal
>Allen & Overy LLP
>1221 Avenue of the Americas
>New York, NY 10020
>
>Benjamin Bai
>Allen & Overy LLP
>15F, Tower II, Shanghai IFC
>8 Century Avenue
>Pudong, Shanghai 200120
>China
>
>*Attorneys for Plaintiff*

This the 29th day of August, 2012.

>/s/ Joseph A. Ponzi
>Joseph A. Ponzi