IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| RF MICRO DEVICES, INC., ) ) Plaintiff, ) ) v. ) ) JIMMY S. XIANG, XIAOHANG DU, ) FENG WANG and VANCHIP ) TECHNOLOGIES LTD. ) ) Defendants. ) ) | Civil Action No. 12-CV-00967 |

## NOTICE OF APPEARANCE OF PAUL B. KELLER

NOW COMES Plaintiff RF Micro Devices, Inc., through counsel, and hereby gives notice that Paul B. Keller of the law firm of Allen & Overy LLP, is making a special appearance on behalf of Plaintiff RF Micro Devices, Inc. in the above captioned matter, in association with John F. Morrow, Jr. of the law firm of Womble Carlyle Sandridge & Rice, LLP. Mr. Keller is a member in good standing of the State Bar of New York. By entering an appearance, Mr. Keller agrees to the provisions of Rule 83.1(d) of the Local Rules of the Middle District of North Carolina. Mr. Keller's contact information is as follows: Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020, Telephone: (212) 610-6414, Fax: (212) 610-6399, paul.keller@allenovery.com.

This the 30th day of August, 2012.

    /s/ Paul B. Keller
Paul B. Keller (NYS Bar No. 2876035)
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6414
Fax: (212) 610-6399
paul.keller@allenovery.com

OF COUNSEL:

John F. Morrow, Jr. (NCSB No. 23382)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3584
Fax: 336-733-8429
jmorrow@wcsr.com

*Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of New York, is an attorney for Plaintiff RF Micro Devices, Inc. and is a person of such age and discretion as to be competent to serve process.

That on August 30, 2012 he served a copy of the attached **NOTICE OF SPECIAL APPEARANCE OF PAUL B. KELLER** by placing said copy in a postage paid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States mail at New York, New York.

**VIA ECF:**

David A. Sar
Brooks, Pierce, McLendon Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
(336) 373-8850
dsar@brookspierce.com

/s/ Paul B. Keller
Paul B. Keller (NYS Bar No. 2876035)
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6414
Fax: (212) 610-6399
paul.keller@allenovery.com