IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RF MICRO DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 12-CV-00967 |
| v. | ) | |
| | ) | |
| JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF LAURA R. HALL

NOW COMES Plaintiff RF Micro Devices, Inc., through counsel, and hereby gives notice that Laura R. Hall of the law firm of Allen & Overy LLP, is making a special appearance on behalf of Plaintiff RF Micro Devices, Inc. in the above captioned matter, in association with John F. Morrow, Jr. of the law firm of Womble Carlyle Sandridge & Rice, LLP. Ms. Hall is a member in good standing of the State Bars of New York and Massachusetts. By entering an appearance, Ms. Hall agrees to the provisions of Rule 83.1(d) of the Local Rules of the Middle District of North Carolina. Ms. Hall's contact information is as follows: Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020, Telephone: (212) 756-1171, Fax: (212) 610-6399, laura.hall@allenovery.com.

This the 30th day of August, 2012.

                    /s/ Laura R. Hall
                    Laura R. Hall (NY 4337408, MA 660230)
                    Allen & Overy LLP
                    1221 Avenue of the Americas
                    New York, NY 10020
                    Telephone: (212) 756-1171
                    Fax: (212) 610-6399
                    laura.hall@allenovery.com

OF COUNSEL:

John F. Morrow, Jr. (NCSB No. 23382)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone:   336-721-3584
Fax:          336-733-8429
jmorrow@wcsr.com

                    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an attorney at law licensed to practice in the States of New York and Massachusetts, is an attorney for Plaintiff RF Micro Devices, Inc. and is a person of such age and discretion as to be competent to serve process.

That on August 30, 2012 she served a copy of the attached **NOTICE OF SPECIAL APPEARANCE OF LAURA R. HALL** by placing said copy in a postage paid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States mail at New York, New York.

**VIA ECF:**

David A. Sar
Brooks, Pierce, McLendon Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
(336) 373-8850
dsar@brookspierce.com

/s/ Laura R. Hall
Laura R. Hall (NY 4337408, MA 660230)
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 756-1171
Fax: (212) 610-6399
laura.hall@allenovery.com