IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:12-CV-00967-WO-JEP

| | |
|---|---|
| RF MICRO DEVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Plaintiff's Further Submission** |
| v. | ) i**n Support of Motion For** |
| | ) **Expedited Discovery** |
| JIMMY S. XIANG, XIAOHANG DU, | ) |
| FENG WANG and VANCHIP | ) |
| TECHNOLOGIES LTD. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Through counsel, Plaintiff RF Micro Devices, Inc. ("RFMD") provides this Further Submission in Support of its Motion for Expedited Discovery ("Motion") (Dkts. 3-4) as follows:

1. As detailed in the Motion and supporting brief, RFMD would like to serve subpoenas on Google, Yahoo and AT&T to obtain documents concerning email accounts Defendants used through those internet service providers that may contain information relating to their complained-of conduct.

2. In connection with same, RFMD has sent letters to those entities informing them of RFMD's intention to serve subpoenas seeking such records once RFMD has the Court's permission to do so, and requesting that they preserve responsive documents. Unfortunately, Google and Yahoo recently responded to RFMD's letters by refusing to preserve responsive documents absent receipt of a valid subpoena or other legal process. (Exhibit A, Emails from Google and Yahoo).

1

3. RFMD therefore respectfully submits that the Court should grant the Motion as soon as possible so that RFMD can serve valid subpoenas on Google, Yahoo and AT&T. Otherwise, relevant documents may be destroyed in the ordinary course of their businesses. (*See* Dkt. 4, at pp. 6-7).

Dated: August 31, 2012

Respectfully submitted,
/s/ John F. Morrow, Jr.
John F. Morrow, Jr.
North Carolina State Bar No. 23382
Brent Powell
North Carolina State Bar No. 41938
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
One West Fourth Street
Winston-Salem, NC  27101
Tel:  (336) 721-3584
Fax:  (336) 733-8429
jmorrow@wcsr.com
brpowell@wcsr.com

Paul B. Keller
Laura R. Hall
Michael Westfal
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

Benjamin Bai
**ALLEN & OVERY LLP**
15F, Tower II, Shanghai IFC
8 Century Avenue
Pudong, Shanghai  200120
China
+86 21 2036 7000

Allen & Overy LLP is appearing pursuant to Local Rule 83.1(d).
*Counsel for Plaintiff*
*RF Micro Devices Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2012, I filed the foregoing document using this court's ECF system, which will serve a copy via email to all counsel of record.

    David Sar, Esquire
    Joseph A. Ponzi, Esquire
    Brooks Pierce McLendon Humphrey & Leonard, LLP
    Post Office Box 26000
    Greensboro, North Carolina 27420

    /s/John F. Morrow, Jr.
    John F. Morrow, Jr. (NCSB No. 23382)
    WOMBLE CARLYLE SANDRIDGE & RICE, LLP
    One West Fourth Street
    Winston-Salem, NC 27101
    Phone: 336-721-3584
    Fax:    336-733-8429
    E-Mail:    jmorrow@wcsr.com