# EXHIBIT A

**From:** Notice-User24 [mailto:notice-user@yahoo-inc.com]
**Sent:** Friday, August 31, 2012 12:57 PM
**To:** Morrow, John
**Cc:** notice-user@yahoo-inc.com
**Subject:** Yahoo IR 213839

Dear Ms. Morrow:

Yahoo! Inc. ("Yahoo!") is in receipt of a letter dated August 24, 2012 in the above-referenced matter. As we understand it, you are seeking the preservation of information pertaining to Yahoo! subscribers. Consistent with our Terms of Service and Privacy Policy, Yahoo! requires a valid subpoena or other legal process to access or preserve subscriber information on behalf of a requesting party. Accordingly, Yahoo! will not be preserving information as requested in your letter.

If you intend to serve Yahoo! with a subpoena or other legal process at a later date, please note that the Stored Communications Act, 18 U.S.C. § 2701 et seq., generally prohibits Yahoo! from disclosing electronic communications contents to non-governmental entities.

By this letter, Yahoo! does not waive any objection to further proceedings in this matter.

Sincerely,

Yahoo! Legal Compliance Team

1

**From:** google-legal-support@google.com [mailto:google-legal-support@google.com]
**Sent:** Thursday, August 30, 2012 1:45 PM
**To:** Morrow, John
**Subject:** Regarding letter dated august 24, 2012

Hello,

Google's Legal department is in receipt of your letter dated August 24, 2012.

Google only takes steps to preserve data upon being properly served with valid legal process.

Thank you for your compliance with this policy.

Sincerely,

Google Legal Support

1