Civil Action No. 12CV967

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MR. XIAOHANG DU
was received by me on *(date)* 08-24-2012.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MS. YIMENG GAN IN XIAOHANG DU'S PRESENCE, a person of suitable age and discretion who resides there,
on *(date)* 09-01-2012, and mailed a copy to the individual's last known address; or

0955 HRS.

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09-01-2012

Ed Musselwhite
*Server's signature*

Ed Musselwhite - Investigative Consultant
*Printed name and title*

3796 Yest Mill Road
Winston-Salem, NC 27103
*Server's address*

Additional information regarding attempted service, etc: