IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:12-CV-00967-WO-JEP

| | |
|---|---|
| RF MICRO DEVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **AFFIDAVIT OF SERVICE** |
| JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD. | ) |
| Defendants. | ) |

I, John F. Morrow, Jr., being first duly sworn, hereby depose and say that I am an attorney licensed to practice law in the State of North Carolina, and that I represent plaintiff RF Micro Devices, Inc. ("RFMD") in the above-captioned action. This Affidavit is made upon my personal knowledge.

1. David W. Sar, Esq. of the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP ("Brooks Pierce") has entered an appearance as counsel of record for Defendant Jimmy S. Xiang.

2. Mr. Sar has agreed to accept service on behalf of Mr. Xiang, as well as the other Defendants.

3. On September 5, 2012, the summons and complaint directed to Mr. Xiang were personally delivered to Mr. Sar's attention at Brooks Pierce.

4. As evidenced by other proofs of service on file, I believe that all Defendants have now been served.

This the 6th day of September, 2012.

        Respectfully submitted,

        /s/ John F. Morrow, Jr.
        John F. Morrow, Jr.
        North Carolina State Bar No. 23382
        Brent Powell
        North Carolina State Bar No. 41938
        **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
        One West Fourth Street
        Winston-Salem, NC 27101
        Tel: (336) 721-3584
        Fax: (336) 733-8429
        jmorrow@wcsr.com
        brpowell@wcsr.com

        Paul B. Keller
        Laura R. Hall
        Michael Westfal
        **ALLEN & OVERY LLP**
        1221 Avenue of the Americas
        New York, NY 10020
        (212) 610-6300

        Benjamin Bai
        **ALLEN & OVERY LLP**
        15F, Tower II, Shanghai IFC
        8 Century Avenue
        Pudong, Shanghai 200120
        China
        +86 21 2036 7000

        Allen & Overy LLP is appearing pursuant to Local Rule 83.1(d).
        *Counsel for Plaintiff*
        *RF Micro Devices Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 6, 2012, I filed the foregoing document using this court's ECF system, which will serve a copy via email to all counsel of record.

David Sar, Esquire
Joseph A. Ponzi, Esquire
Brooks, Pierce, McLendon, Humphrey, & Leonard, LLP
Post Office Box 26000
Greensboro, North Carolina 27420

/s/John F. Morrow, Jr.
John F. Morrow, Jr. (NCSB No. 23382)
WOMBLE CARLYLE SANDRIDGE &
RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 336-721-3584
Fax:   336-733-8429
E-Mail:   jmorrow@wcsr.com