UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:12-CV-00967

| | |
|---|---|
| RF MICRO DEVICES, INC., : | |
| Plaintiff, : | |
| : | DECLARATION OF JIMMY S. XIANG |
| v. : | |
| JIMMY S. XIANG, XIAOHANG DU, : | |
| FENG WANG and VANCHIP : | |
| TECHNOLOGIES LTD., : | |
| Defendants. : | |

Jimmy S. Xiang declares, pursuant to 28 U.S.C. § 1746, that:

1. I am over the age of 18 and am competent to testify to the matters set forth herein, of which I have personal knowledge.

2. I consider myself to be a citizen and resident of Guilford County, North Carolina.

3. I first moved to North Carolina in September 1999. North Carolina has been my permanent residence since that time.

4. I immigrated to the United States with my family in 1985, when I was 12 years old. I became a United States citizen in or around 1994.

5. I have held a North Carolina driver's license since approximately the time of my arrival in the State in 1999. A true and correct copy of my current North Carolina driver's license is attached as Exhibit A.

6. Together with my wife, I purchased my house, located at 8303 Bluebird Drive, Browns Summit, Guilford County, North Carolina, on December 6, 2000. Title to the house was transferred to my wife and me by deed on December 6, 2000, recorded in Book 5124, Page 1218, Guilford County Register of Deeds. A true and accurate copy of the deed is attached as Exhibit B.

7. This house has been my permanent residence since the date of purchase, and is still jointly owned by my wife and me. My wife and I continue to pay North Carolina income tax, and I remain a United States citizen. I often travel outside of North Carolina for business, and indeed have spent most of my time outside of North Carolina in recent years, although I have no intention of changing my permanent residence or revoking my citizenship.

8. I hold a bank account at BB&T jointly with my wife.

9. Upon learning of this action, I travelled to North Carolina for the purpose of addressing the lawsuit, including but not limited to retaining counsel, accepting (or waiving) service of process, and investigating Plaintiff's claims. I intend to return to North Carolina as often as necessary to deal with this litigation.

10. As of the date hereof, I am physically located in North Carolina, and am living in my house.

11. Without waiving any argument as to subject matter jurisdiction, I consider myself subject to the personal jurisdiction of this Court for purposes of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2012 in Greensboro, North Carolina.

_____
Jimmy S. Xiang