# 1:12-CV-967

# EXHIBIT B
# TO
# DECLARATION OF JIMMY S. XIANG

```
RECORDED - 413147
KATHERINE LEE PAYNE
REGISTER OF DEEDS
GUILFORD COUNTY, NC
     BOOK: 5124
PAGE(S):1218 TO 1221
12/11/2000  16:07:02
```

```
1 DEEDS                  413147    $6.00
2 DEEDS ADDN PGS                   $4.00
1 PROBATE FEE                      $2.00

GUILFORD COUNTY 12/11/2000
NC REAL ESTATE EXTX          $650.00
```

Excise Tax $650.00

Recording Time, Book and Page

Tax Lot No. ................................................................. Parcel Identifier No. ................................................

Verified by ................................................ County on the .......... day of ........................., ..........

by ................................................................................................................................................

Mail after recording to ... grantee ....................................................................................

This instrument was prepared by ... William P. Aycock II, Attorney ......................

Brief description for the Index  Lot 57, Sec. 3A  Haw River Estates + easement

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this ... 6 ... day of ... December ..........., 2000., by and between

| GRANTOR | GRANTEE |
|---|---|
| JAMES B. WOLFE, JR.<br>and wife,<br>ALICE WOLFE | JIMMY S. XIANG<br>and<br>LIANG Q. CHEN<br><br>8303 Twin Streams Way<br>Browns Summit, NC 27214 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of ......................................., ... Monroe .......... Township, ... Guilford ................... County, North Carolina and more particularly described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977 — James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
Printed by Agreement with the N. C. Bar Assoc. — 1981

001219

The property hereinabove described was acquired by Grantor by instrument recorded in ..............................

  Book 4458, Page 2145, and Book _____, Page _____, Guilford County Registry

A map showing the above described property is recorded in Plat Book ........................ page ..................

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.
Title to the property hereinabove described is subject to the following exceptions:

  Easements, rights-of-way and restrictions of record, and to ad valorem taxes
  for the year 2000.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

_____(Corporate Name)

James B. Wolfe, Jr. _____(SEAL)

By: _____

Alice Wolfe _____(SEAL)

_____President

ATTEST:

_____(SEAL)

_____Secretary (Corporate Seal)

_____(SEAL)

USE BLACK INK ONLY

SEAL-STAMP

NORTH CAROLINA, ____Guilford_____ County.

I, a Notary Public of the County and State aforesaid, certify that _____
____JAMES B. WOLFE, JR. and wife, ALICE WOLFE_____ Grantor,
personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this __6__ day of __December_____, 2000

My commission expires: _____ ___Judith L. Durr___ Notary Public

[Notary Seal: JUDITH L. DURR, NOTARY PUBLIC, OFFICIAL SEAL, FORSYTH COUNTY, NC, My Commission Expires 7-24-2005]

NORTH CAROLINA, _____ County.

I, a Notary Public of the County and State aforesaid, certify that _____,
personally came before me this day and acknowledged that ____ he is _____ Secretary of _____ a North Carolina corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its _____ President, sealed with its corporate seal and attested by _____ as its _____ Secretary.

Witness my hand and official stamp or seal, this _____ day of _____, _____.

My commission expires: _____ _____ Notary Public

The foregoing Certificate(s) of _____
_____

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____REGISTER OF DEEDS FOR_____COUNTY

By _____Deputy/Assistant - Register of Deeds

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977 — James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
Printed by Agreement with the N. C. Bar Assoc. — 1981

EXHIBIT "A"

Attached to and made a part of that certain North Carolina General Warranty Deed from James B. Wolfe, Jr. and wife, Alice Wolfe, Grantor, to Jimmy S. Xiang and Liang Q. Chen, Grantee, dated  Dec. 6 , 2000.

**TRACT ONE:**

All of Lot 57, Section 3A, Haw River Estates, as per plat thereof recorded in Plat Book 121, Page 115, Office of the Register of Deeds of Guilford County, North Carolina.

**TRACT TWO:**

BEGINNING at an iron pin in the southeastern margin of Twin Streams Way, the southwest corner of Lot 58 of Haw River Estates, Section 3, as per plat thereof recorded in Plat Book 114, Page 15, Guilford County Registry; thence from said beginning point with the southern line of Lot 58, South 49° 20' 11" East 210 feet to an existing iron pin, a corner with Lot 57, Section 3A, Haw River Estates, as per plat thereof recorded in Plat Book 121, Page 115, Guilford County Registry; thence with the line of Lot 57, North 87° 17' 35" West 245.01 feet to an existing iron pin; thence continuing with the line of Lot 57, along a curve to the left, a chord bearing and distance of South 08° 51' 53" West 91.41 feet (with a circle having a radius of 276.48 feet) to a new iron pin; thence continuing with the line of Lot 57, South 00° 39' 03" East 342.67 feet to an existing iron pin, corner with Lot 57; thence a new line South 89° 20' 57" West 50.13 feet to a new iron pin; thence North 04° 31' 14" East 367.29 feet to a new iron pin; thence, along a curve to the right, a chord bearing and distance of North 21° 25' 24" East 116.30 feet (with a circle having a radius of 200.00 feet) to a new iron pin; thence North 38° 19' 33" East 54.88 feet to a new iron pin; thence, along a curve to the right, a chord bearing and distance of North 44° 15' 32" East 57.74 feet (with a circle having a radius of 278.85 feet) to an existing iron pin, the point and place of Beginning, and containing 0.713 acres, more or less, and as shown on a survey entitled "Access Easement," Section 3A, Haw River Estates, by Borum, Wade & Associates dated May 29, 1996, revised October 28, 2000.

**TOGETHER WITH** a temporary easement for ingress, egress and regress more particularly described as follows:

BEGINNING at an existing iron pin in the southeastern margin of Twin Streams Way, the southwest corner of Lot 58, Haw River Estates Subdivision, Section 3, as per plat thereof recorded in Plat Book 114, Page 15 (and being the same beginning point as the property described above); thence from said beginning point, along a curve to the left, a chord bearing and distance of South 44° 15' 32" West 57.74 feet (with a circle having a radius of 278.85 feet) to a new iron pin; thence South 38° 19' 33" West 54.88 feet to a new iron pin; thence, along a curve to the left, a chord bearing and distance of South 21° 25' 24" West 116.30 feet (with a circle having a radius of 200.00 feet) to a new iron pin; thence South 04° 31' 14" West 367.29 feet to a new iron pin; thence South 89° 20' 57" West 60.24 feet to a point; thence North 04° 31' 14" East 372.72 feet to a point; thence, along a curve to the right, a chord bearing and distance of North 21° 25' 24" East 151.19 feet (with a circle having a radius of 260.00 feet) to a point; thence North 38° 19' 33" East 54.88 feet to a point; thence, along a curve to the right, a chord bearing and distance of North 41° 36' 25" East 38.90 feet (with a circle having a radius of 338.85 feet) to a point, corner of Lot 37, Haw River Estates, Section 3, as per plat thereof recorded in Plat Book 114, Page 15, Guilford County Registry; thence South 67° 56' 37" East 66.40 feet to an existing iron pin, the point and place of Beginning, and being that portion of property entitled "Access Easement for Lot 57" shown on a survey entitled "Access Easement," Section 3A, Haw River Estates, by Borum, Wade & Associates dated May 29, 1996, revised October 28, 2000.

The purpose of this right and easement is to provide ingress and egress from the current terminus of Twin Streams Way to the driveway serving Tracts One and Two described above. The above-described easement for ingress, egress and regress shall terminate upon dedication, construction and acceptance of the extension of Twin Streams Way by the N. C. Department of Transportation over and across the easement area described.



001221

### KATHERINE LEE PAYNE, REGISTER OF DEEDS
GUILFORD COUNTY
201 SOUTH EUGENE STREET
GREENSBORO, NC 27402

* * * * * * * * * * * * * * * * * * * *

State of North Carolina, County of Guilford

The foregoing certificate of _Judith L. Durr_

A Notary (Notaries) Public is (are) certified to be correct. This instrument and this certificate are duly registered at the date and time shown herein.

KATHERINE LEE PAYNE, REGISTER OF DEEDS

By: _Teresa Steelman_
Deputy - Assistant Register of Deeds

* * * * * * * * * * * * * * * * * * * *

**THIS CERTIFICATION SHEET MUST REMAIN WITH THE DOCUMENT**

03/29/00

GC - 1046 (Rev. 3/00)