UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:12-CV-00967

| | |
|---|---|
| RF MICRO DEVICES, INC., : | |
| Plaintiff, : | |
| : | DECLARATION OF XIAOHANG DU |
| v. : | |
| : | |
| JIMMY S. XIANG, XIAOHANG DU, : | |
| FENG WANG and VANCHIP : | |
| TECHNOLOGIES LTD., : | |
| : | |
| Defendants. : | |

Xiaohang Du declares, pursuant to 28 U.S.C. § 1746, that:

1. I am over the age of 18 and am competent to testify to the matters set forth herein, of which I have personal knowledge.

2. I consider myself to be a citizen and resident of Guilford County, North Carolina.

3. I first moved to North Carolina in September 2000. North Carolina has been my permanent residence since that time.

4. I received my green card to remain and work in the United States in April 2006. Once I became eligible to apply to become a United States citizen, or approximately 4 years 9 months after receiving my green card, I applied for US citizenship and later became a United States citizen in June 2011.

5. I have held a North Carolina driver's license since April 2004. A true and correct copy of my current North Carolina driver's license is attached as <u>Exhibit A</u>.

6. I purchased my house, located at 8410 Masons Pond Drive, Colfax, Guilford County, North Carolina, on October 11, 2002. Title to the house was transferred to me by deed on October 11, 2002, recorded in Book 5645, Page 1099, Guilford County Register of Deeds. A true and accurate copy of the deed is attached as <u>Exhibit B</u>.

7. This house has been my permanent residence since the date of purchase. My wife and I continue to pay North Carolina income tax, and I remain a United States citizen. I often travel outside of North Carolina for business, and indeed have spent most of my time outside of North Carolina in recent years, although I have no intention of changing my permanent residence or revoking my citizenship.

8. I hold a bank account in Wells Fargo jointly with my wife. I estimate that approximately 30% of the inflows into that account have been contributed by my wife. This account has been our primary bank account. My wife works for Volvo North America and her pay has been regularly and directly deposited into this bank account.

9. I was in North Carolina when I learned of this action, and I have remained here for several purposes, including addressing the lawsuit, including but not limited to retaining counsel, accepting (or waiving) service of process, and investigating Plaintiff's claims. I intend to return to North Carolina as often as necessary to deal with this litigation.

10. As of the date hereof, I am physically located in North Carolina, and I am living in my house.

11.     Without waiving any argument as to subject matter jurisdiction, I consider myself subject to the personal jurisdiction of this Court for purposes of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2012 in Greensboro, North Carolina

*Xiaohang Du*
Xiaohang Du