# 1:12-CV-967

# EXHIBIT A
# TO
# DECLARATION OF XIAOHANG DU

