# 1:12-CV-967

# EXHIBIT B
# TO
# DECLARATION OF XIAOHANG DU

```
                                            10/21/2002   GUILFORD CO. NC
                                          1 DEEDS              629014    $12.00
                                          1 DEEDS ADDN PGS               $3.00

                                          1 PROBATE FEE                  $2.00

RECORDED - 629014
KATHERINE LEE PAYNE                         GUILFORD COUNTY 10/21/2002
  REGISTER OF DEEDS                         NC REAL ESTATE EXTX        $450.00
GUILFORD COUNTY, NC
    BOOK: 5645
PAGE(S):1099 TO 1101
10/21/2002  16:51:03
```

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: $450.00  Kernersey P/u

Parcel Identifier No. _____ Verified by _____ County on the ___ day of _____, 20___
By: _____

Mail/Box to: _____ GRANTEE: 8410 MASONS POND DRIVE
                             COLFAX, NC 27235

This instrument was prepared by: _____ CHANDLER & SCHIFFMAN, P.A. (WITHOUT TITLE EXAMINATION)

Brief description for the Index: _____

THIS DEED made this 11 day of OCTOBER, 20 02, by and between

| GRANTOR | GRANTEE |
|---|---|
| TURNER HOMES, INC. | XIAOHANG DU |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, DEEP RIVER Township, GUILFORD County, North Carolina and more particularly described as follows:

BEING ALL OF LOT 66 OF PHASE 4, QUAIL CREEK SUBDIVISION, AS SHOWN ON A PLAT THEREOF RECORDED IN PLAT BOOK 129, PAGES 19 AND 20, IN THE OFFICE OF THE REGISTER OF DEEDS OF GUILFORD COUNTY, NORTH CAROLINA.

The property hereinabove described was acquired by Grantor by instrument recorded in Book 4723 page 135.

A map showing the above described property is recorded in Plat Book 129 page 19 & 20.

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002          James Williams & Co., Inc.
Printed by Agreement with the NC Bar Association – 1981              www.JamesWilliams.com

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions: ALL EASEMENTS, RESTRICTION AND RIGHTS OF WAY OF RECORD, IF ANY, AND AD VALOREM TAXES FOR THE CURRENT YEAR.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

TURNER HOMES, INC.
(Entity Name)

By: [signature] _____(SEAL)
Title: PRESIDENT

By: _____(SEAL)
Title: _____

By: _____(SEAL)
Title: _____

_____(SEAL)

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this ___ day of _____, 20___.

My Commission Expires: _____

_____
Notary Public

State of North Carolina - County of GUILFORD

I, the undersigned Notary Public of the County and State aforesaid, certify that JOHN TURNER personally came before me this day and acknowledged that he is the PRESIDENT of TURNER HOMES, INC., a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this 11 day of OCTOBER, 2002.

My Commission Expires: 12/6/05

JOHN H. KORNEGAY
NOTARY PUBLIC
GUILFORD COUNTY, NC

John H. Kornegay [signature]
Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal, this ___ day of _____, 20___.

My Commission Expires: _____

_____
Notary Public

The foregoing Certificate(s) of _____ is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ Register of Deeds for _____ County
By: _____ Deputy/Assistant - Register of Deeds

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981

James Williams & Co., Inc.
www.JamesWilliams.com





## KATHERINE LEE PAYNE, REGISTER OF DEEDS
### GUILFORD COUNTY
### 201 SOUTH EUGENE STREET
### GREENSBORO, NC 27402

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

State of North Carolina, County of Guilford

The foregoing certificate of _John H Kernegay_

A Notary (Notaries) Public is (are) certified to be correct. This instrument and this certificate are duly registered at the date and time shown herein.

KATHERINE LEE PAYNE, REGISTER OF DEEDS

By: _Meredith A. Maunce_
Deputy - Assistant Register of Deeds

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

> **This certification sheet is a vital part of your recorded document.
> Please retain with original document and submit when re-recording.**

GC - 1046 (Rev. 7/3/02)