# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL NO. 1:12-CV-00967

| | |
|---|---|
| RF MICRO DEVICES, INC., | : |
| Plaintiff, | : |
| v. | : **CERTIFICATE OF SERVICE** |
|  | : **OF** |
| JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD., | : **DECLARATIONS** |
| Defendants. | : |

I, the undersigned, hereby certify that on September 6, 2012, the Declaration of Jimmy S. Xiang and the Declaration of Xiaohang Du were electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

> John F. Morrow, Jr.
> jmorrow@wcsr.com
>
> Laura R. Hall
> Laura.hall@allenovery.com
>
> Michael F. Westfal
> Michael.westfal@allenovery.com
>
> Paul B. Keller
> Paul.keller@allenovery.com,
>
> *Attorneys for Plaintiff*

This the 7th day of September, 2012.

        /s/ David W. Sar
        David W. Sar
        N.C. Bar No. 23533
        dsar@brookspierce.com

        /s/ Joseph A. Ponzi
        Joseph A. Ponzi
        N.C. Bar No. 36999
        jponzi@brookspierce.com

        Brooks, Pierce, McLendon Humphrey
           & Leonard, L.L.P.
        P.O. Box 26000
        Greensboro, NC 27420
        (336) 373-8850

        *Attorneys for Defendants*