IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RF MICRO DEVICES, INC., | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 12-CV-00967 |
| v. | ) | |
| JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD. | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF BENJAMIN BAI**

NOW COMES Plaintiff RF Micro Devices, Inc., through counsel, and hereby gives notice that Benjamin Bai of the law firm of Allen & Overy LLP, is making a special appearance on behalf of Plaintiff RF Micro Devices, Inc. in the above captioned matter, in association with John F. Morrow, Jr. of the law firm of Womble Carlyle Sandridge & Rice, LLP. Mr. Bai is a member in good standing of the State Bar of Texas. By entering an appearance, Mr. Bai agrees to the provisions of Rule 83.1(d) of the Local Rules of the Middle District of North Carolina. Mr. Bai's contact information is as follows: Allen & Overy LLP, 15F, Phase II, Shanghai IFC, 8 Century Avenue, Pudong, Shanghai, China 200120; Telephone: +86 21 2036 7001, benjamin.bai@allenovery.com.

This the 10th day of September, 2012.

/s/ Benjamin Bai
Benjamin Bai (Texas Bar No. 24001675)
Allen & Overy LLP
15F, Phase II, Shanghai IFC
8 Century Avenue
Pudong, Shanghai, China 200120
Telephone: +86 21 2036 7001
benjamin.bai@allenovery.com

OF COUNSEL:

John F. Morrow, Jr. (NCSB No. 23382)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3584
Fax: 336-733-8429
jmorrow@wcsr.com

*Attorneys for Plaintiff*

2

OHS East:160487658.1

Case 1:12-cv-00967-WO-JEP   Document 26   Filed 09/10/12   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of Texas, is an attorney for Plaintiff RF Micro Devices, Inc. and is a person of such age and discretion as to be competent to serve process.

That on September 10, 2012 he served a copy of the attached **NOTICE OF SPECIAL APPEARANCE OF BENJAMIN BAI** by electronic filing with the Clerk of Court using the CM/ECF system, which sent notification of the filing to the following:

David W. Sar
dsar@brookspierce.com

Joseph A. Ponzi
jponzi@brookspierce.com


/s/ Benjamin Bai
Benjamin Bai (Texas Bar No. 24001675)
Allen & Overy LLP
15F, Phase II, Shanghai IFC
8 Century Avenue
Pudong, Shanghai, China 200120
Telephone: +86 21 2036 7001
benjamin.bai@allenovery.com