# EXHIBIT B



# Guilford County Tax Department

**Pay Taxes Online**

**Bill Search**   **Special Assessment Search**   **Delinquent Bill Search**   **Personal Property Search**

Go To Abstract   New Search   Return

## Property Tax Collections
### Bill Detail

| | | Property Tax | Real Property |
|---|---|---|---|
| Description: | XIANG, JIMMY S<br>CHEN, LIANG Q<br>5.21AC 57 S3A PB 121-115 HAW RIVER EST BM121 - | Bill Status:<br>Bill Flag:<br>Bill #:<br>Old Bill #:<br>Old Account #: | **PAID**<br><br>0001286110-2012-2012-0000-00 |
| Location: | 8303 BLUEBIRD DR GUILFORD NC | Due Date:<br>Interest Begins: | 9/1/2012<br>1/8/2013 |
| Mailing Address: | 8410 MASONS POND DR COLFAX NC 27235 | | |
| Parcel #: | 0130324 | | |
| Lender: | 768 | | |

| | Value | Rate | Tax Districts | Description | Amount |
|---|---|---|---|---|---|
| Real | $336,200 | .7804 | GUILFORD | Tax | $2,623.70 |
| Deferred | $0 | .1000 | NORTHEAST FIRE | Tax | $336.20 |
| Use | $336,200 | | | Interest: | $0.00 |
| Personal | $0 | | | **Total Billed:** | **$2,959.90** |
| Exempt & Exclusion | $0 | | | | |
| **Total Assessed Value** | **$336,200** | | | | |

### Transaction History

| Date | Type | Paid By | Trans # | Amount |
|---|---|---|---|---|
| 8/29/2012 | PAYMENT | 2012 - 768 | 8038222 | $2,930.30 |
| 8/29/2012 | DISCOUNT | 2012 - 768 | 8038222 | $29.60 |

**Current Due: $0.00**

Correct if paid by  [Select A Date ▼]  [Recalculate Interest]

All information contained within this portion of the Guilford County website is Public Record and is maintained and provided in accordance with North Carolina General Statute 132. **View Statute**

Location: 400 West Market St, Greensboro, North Carolina 27401 & 325 E. Russell Ave., High Point, North Carolina 27260

Phone:(336) 641-3363
Email the Tax Director: taxdir@co.guilford.nc.us

The Billing & Collections records provided herein represent information as it currently exists in the Guilford County tax system. This data is subject to change daily. Guilford County makes no warranties, expressed or implied, concerning the accuracy, completeness, reliability, or suitability of this data. Furthermore, this office assumes no liability whatsoever associated with the use or misuse of such data.