IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:12-CV-00967-WO-JEP

|  |  |
|---|---|
| RF MICRO DEVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD. <br><br> Defendants. | **Declaration of Edward H. Musselwhite** |

Edward H. Musselwhite declares, pursuant to 28 U.S.C. § 1746, that:

1. I am over the age of 18 and am competent to testify to the matters set forth herein, of which I have personal knowledge.

2. I am the founder of Investigative Associates & Consultants Inc. ("IAC"), a private investigation firm located in Winston-Salem, North Carolina.

3. On August 3, 2012, IAC was retained by Allen & Overy LLP to conduct an investigation of defendants Jimmy S. Xiang, Xiaohang Du and Feng Wang for purposes of this litigation. As a part of that investigation, I conducted surveillance at houses owned by each of the defendants, including 8303 Bluebird Drive in Browns Summit, North Carolina owned by Mr. Xiang, 8410 Masons Pond Drive in Colfax, North Carolina owned by Mr. Du and 3113 Peninsula Drive in Jamestown, North Carolina owned by Mr. Wang.

4. Between August 5, 2012 and September 7, 2012, either I or an investigator under my supervision conducted surveillance at each of the defendants' houses or attempted to effect service of process on the defendants at their houses. During ten visits to Mr. Xiang's house, neither I nor one of my investigators ever observed Mr. Xiang at his house at any time. During nine visits to Mr. Du's house, Mr. Du was observed at his house once, on September 1, 2012 when I effected service of process.

5. Between August 27, 2012 and September 1, 2012, either I or an investigator under my supervision made six separate attempts to effect service of process on Mr. Xiang at his house at 8303 Bluebird Drive in Browns Summit, North Carolina. During each attempt, Mr. Xiang's property was observed in substantially the same condition. Either I or an investigator under my supervision observed that the grass on the property had not been mowed within approximately the past week. Additionally, either I or an investigator under my supervision observed through the front door of the house that the furniture in the living room was covered with sheets.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2012 in Winston-Salem, North Carolina.

_Edward H. Musselwhite_
Edward H. Musselwhite