UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:12-CV-00967-WO-JEP

| | |
|---|---|
| RF MICRO DEVICES, INC., | ) |
| Plaintiff, | ) |
| | ) **Certificate of Service** |
| v. | ) |
| JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD. | ) |
| Defendants. | ) |

I certify that on September 11, 2012 I served a copy of Plaintiff's Reply in Support of its Motion for Order of Attachment with exhibits, Declaration of Benjamin Bai and Declaration of Edward H. Musselwhite by electronic filing with the Clerk of Court using the CM/ECF system, which sent notification of the filing to the following:

David W. Sar
dsar@brookspierce.com

Joseph A. Ponzi
jponzi@brookspierce.com

*Attorneys for Defendants*

/s/ Paul B. Keller
Paul B. Keller
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 610-3600
Fax: (212) 610-6399
Email:   paul.keller@allenovery.com