# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

RF MICRO DEVICES, INC.

| | |
|---|---|
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | )   **Case No.:** 1:12-CV-967 |
| vs. JIMMY S. XIANG, XIAOHANG DU, | ) |
| FENG WANG and VANCHIP | ) |
| TECHNOLOGIES LTD. | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Vanchip Technologies Ltd who is Defendant ,

    (Name of Party)          (Plaintiff/moving party or defendant)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

        ( ) Yes                 (✓) No

2.    Does party have any parent corporations?

        (✓) Yes                ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Beijin JieXingZhiHeng Ke Ji Fa Zhan Ltd.

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

      (   ) Yes                 (✓) No

If yes, identify all such owners: _____
_____
_____

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      (   ) Yes                 (✓) No

If yes, identify entity and nature of interest: _____
_____
_____


/s/ Joseph A. Ponzi                      09/12/2012
_____        _____
      (Signature)                           (Date)

MDNC (01/03)

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date, I served the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John F. Morrow, Jr.
jmorrow@wcsr.com

Laura R. Hall
laura.hall@allenovery.com

Michael F. Westfal
michael.westfal@allenovery.com

Paul B. Keller
paul.keller@allenovery.com

Benjamin Bai
benjamin.bai@allenovery.com

Attorneys for Plaintiff

This the 12th day of September, 2012.

/s/ David W. Sar
David W. Sar
N.C. Bar No. 23533
dsar@brookspierce.com

/s/ Joseph A. Ponzi
Joseph A. Ponzi
N.C. Bar No. 36999
jponzi@brookspierce.com

Brooks, Pierce, McLendon Humphrey
& Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
(336) 373-8850

*Attorneys for Defendant*
*Vanchip Technologies Ltd.*