# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

RF MICRO DEVICES, INC.

    v.                                Case Number: 1:12CV967

JIMMY S. XIANG, et al.

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| PLACE: | L. Richardson Preyer Bldg., 324 W. Market Street, Greensboro, N.C. |
| COURTROOM NO.: | 1 |
| DATE AND TIME: | September 24, 2012 2:00 p.m. |
| PROCEEDING: | Status Conference |

_____

John S. Brubaker, Clerk

By:   /s/ Kelly H. Welch, Deputy Clerk

Date:   September 17, 2012

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD