UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:12-CV-00967

| | |
|---|---|
| RF MICRO DEVICES, INC., | : |
| Plaintiff, | : |
| v. | : **MOTION TO DISMISS OR STAY, OR FOR A MORE DEFINITE STATEMENT** |
| JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD., | : |
| Defendants. | : |

NOW COME all Defendants, pursuant to Local Rules 7.2 and 7.3, Rules 12(b)(1), 12(b)(6), 12(b)(7), 12(e) and 19(b) of the Federal Rules of Civil Procedure, as well as the doctrines of abstention, comity and *forum non conveniens*, and move this Court to dismiss or stay this case and the claims in it, and in the alternative, to require a more definite statement of the claims. In support of hereof, the Defendants rely upon the filings in the Court's record and the Defendants' memorandum of law filed in support of this motion.

Respectfully submitted, this the 18th day of September, 2012.

/s/ David W. Sar
David W. Sar
N.C. Bar No. 23533
dsar@brookspierce.com

/s/ Joseph A. Ponzi
Joseph A. Ponzi
N.C. Bar No. 36999
jponzi@brookspierce.com

        Brooks, Pierce, McLendon Humphrey
          & Leonard, L.L.P.
        P.O. Box 26000
        Greensboro, NC 27420
        (336) 373-8850

        *Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this date indicated below, I electronically filed the foregoing document (with exhibits, if any) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> John F. Morrow, Jr.
> jmorrow@wcsr.com
>
> Laura R. Hall
> laura.hall@allenovery.com
>
> Michael F. Westfal
> michael.westfal@allenovery.com
>
> Paul B. Keller
> paul.keller@allenovery.com
>
> Benjamin Bai
> benjamin.bai@allenovery.com
>
> *Attorneys for Plaintiff*

This the 18th day of September, 2012.

> /s/ Joseph A. Ponzi
> Joseph A. Ponzi
> N.C. Bar No. 36999
> jponzi@brookspierce.com
>
> Brooks, Pierce, McLendon Humphrey
>    & Leonard, L.L.P.
> P.O. Box 26000
> Greensboro, NC 27420
> (336) 373-8850
>
> *Attorney for Defendants*