IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RF MICRO DEVICES, INC.,            )
                                   )
                Plaintiff,         )
                                   )
    v.                             )       1:12CV967
                                   )
JIMMY S. XIANG, XIAOHANG DU,       )
FENG WANG and VANCHIP              )
TECHNOLOGIES LTD.,                 )
                                   )
                Defendants.        )

**ORDER**

This cause came before the court on Plaintiff's Motion for Expedited Discovery (Doc. 3). The court, having considered the Plaintiff's motion and all evidence and arguments submitted in support of and opposition to the motion, finds that Plaintiff's motion for expedited discovery should be granted because there is some risk that relevant evidence will be lost or destroyed during the ordinary course of business if Plaintiff is not allowed to serve its proposed subpoenas on internet service providers Google, Yahoo! and/or AT&T (collectively, the "Internet Service Providers") prior to the commencement of formal discovery.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Expedited Discovery (Doc. 3) is **GRANTED** upon the following terms and conditions:

2. Plaintiff may immediately serve upon the Internet Service Providers the Rule 45 subpoenas for the production of documents attached as Exhibits 1, 2 and 3 to the Plaintiff's motion, modified as agreed by the parties and as follows.

3. Plaintiff's subpoenas shall request that the Internet Service Providers produce responsive documents to the law firm of Bell, Davis & Pitt, P.A., in Winston-Salem, North Carolina, and the Internet Service Providers shall produce responsive documents to that law firm where the documents shall remain pending further order of the court. Pending further order of the court, the parties and their counsel (including the law firm of Bell, Davis & Pitt, P.A.) shall not be allowed to review, open, copy or disclose any of the documents produced by the Internet Service Providers in response to the subpoenas.

This the 12th day of October, 2012.

                                        /s/ William L. Osteen, Jr.
                                        United States District Judge