UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:12-CV-00967-WO-JEP

| | |
|---|---|
| RF MICRO DEVICES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) **Certificate of Service** |
| v. | )<br>) |
| JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

I certify that on October 12, 2012 I served a copy of Plaintiff's Opposition to Defendants' Motion to Dismiss or Stay, or for a More Definite Statement with exhibits by electronic filing with the Clerk of Court using the CM/ECF system, which sent notification of the filing to the following:

David W. Sar
dsar@brookspierce.com

Joseph A. Ponzi
jponzi@brookspierce.com

*Attorneys for Defendants*


        /s/ Paul B. Keller
        Paul B. Keller
        **ALLEN & OVERY LLP**
        1221 Avenue of the Americas
        New York, NY 10020
        Phone: (212) 610-3600
        Fax: (212) 610-6399
        Email: paul.keller@allenovery.com