UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL NO. 1:12-CV-00967

| | |
|---|---|
| RF MICRO DEVICES, INC., | : |
| Plaintiff, | : |
| v. | : **RESPONSE TO RF MICRO DEVICES,** |
| | : **INC.'S MOTION FOR HEARING** |
| JIMMY S. XIANG, XIAOHANG DU, FENG WANG and VANCHIP TECHNOLOGIES LTD., | : |
| Defendants. | : |

COME NOW Jimmy S. Xiang, Xiaohang Du, Feng Wang and Vanchip Technologies Ltd. ("Defendants") and hereby respond to Plaintiff RF Micro Devices, Inc.'s Motion for Hearing. Defendants neither consent nor object to Plaintiff's Motion.

Respectfully submitted, this the 26th day of November, 2012.

/s/ David W. Sar
David W. Sar
N.C. Bar No. 23533
dsar@brookspierce.com

/s/ Joseph A. Ponzi
Joseph A. Ponzi
N.C. Bar No. 36999
jponzi@brookspierce.com

Brooks, Pierce, McLendon Humphrey
   & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
(336) 373-8850
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this date indicated below, I electronically filed the foregoing RESPONSE TO RF MICRO DEVICES, INC.'S MOTION FOR HEARING with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John F. Morrow, Jr.
jmorrow@wcsr.com

Laura R. Hall
laura.hall@allenovery.com

Michael F. Westfal
michael.westfal@allenovery.com

Paul B. Keller
paul.keller@allenovery.com

Benjamin Bai
benjamin.bai@allenovery.com

*Attorneys for Plaintiff*

This the 26th day of November, 2012.

/s/ Joseph A. Ponzi
Joseph A. Ponzi