IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RF MICRO DEVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12CV967 |
| | ) | |
| JIMMY S. XIANG, XIAOHANG DU, | ) | |
| FENG WANG and VANCHIP | ) | |
| TECHNOLOGIES LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the court on Plaintiff's Motion for Hearing on Defendants' pending Motion to Dismiss or Stay, or for a More Definite Statement. Having considered the motion, and with no position of Defendants,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for a hearing (Doc. 39) is **GRANTED** and that a hearing on Defendants' pending Motion to Dismiss or Stay, or for a More Definite Statement is scheduled for January 15, 2013, at 9:30 a.m. in Greensboro (Courtroom 3).

This the 14th day of December, 2012.

/s/ William L. Osteen, Jr.
United States District Judge